IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NICOLE WENSIL,

    Petitioner,

vs.                                    CASE NO.  4:12cv68-RH/CAS

UNITED STATES OF AMERICA,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk.  In an order filed February 12, 2012, Petitioner was directed to file either pay the $5.00 filing fee or, alternatively, file a motion to proceed *in forma pauperis* by March 15, 2012.  Doc. 3.  Petitioner was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order.  To date, no response has been received from the Petitioner.

    A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert.*

*denied*, 493 U.S. 863 (1989).  Since Petitioner has failed to comply with an order or to prosecute this case, his petition should now be dismissed without prejudice.

Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for this failure to respond.  Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**DONE AND ORDERED** on April 3, 2012.


 S/   Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**